# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2019 KW 1309

VERSUS

JAKARTA C. JONES                                      **DEC 2 3 2019**

---

In Re:    Jakarta C. Jones, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 19-05325.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to provide this court with the district court's ruling on the motion for bond reduction, the bill of information, any documentation regarding bail, any pertinent minute entries and/or transcripts, and any other portions of the district court record that might support his claims. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application must be filed on or before February 14, 2020. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

                              **TMH**
                              **AHP**
                              **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
       FOR THE COURT